**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: E.L.B., A MINOR | : | No. 30 EAL 2020 |
| | : | |
| | : | |
| PETITION OF: E.L.B., MINOR CHILD | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: E.B., MINOR CHILD | : | No. 31 EAL 2020 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: E.B., MINOR CHILD | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.